UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LAPRADE'S MARINA, LLC ) | CHAPTER 7 |
| ) | |
| Debtor. ) | CASE NO. 15-20697 |
| ) | |
| ) | |
| S. GREGORY HAYS, CHAPTER 7 ) | ADVERSARY PROCEEDING |
| TRUSTEE ) | NO. 18-02004-jrs |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PETER DOMINIC ANZO, ) | |
| CHRISTINE ANZO, PERFORMANCE ) | |
| CONSULTING PARTNERS, LLC; and ) | |
| JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CERTIFICATE OF SERVICE OF DISCOVERY RESPONSES**

This is to certify that I have caused this day to be served a true and correct copy of Defendant Performance Consulting Partners, LLC's Responses to Plaintiff's First Interrogatories and First Requests for Production of Documents by first class mail to the following:

Louis G. McBryan
6849 Peachtree Dunwoody Road
Building B-3, Suite 100
Atlanta, Georgia 30328

Henry F. Sewell, Jr.
2964 Peachtree Road NW
Suite 555
Atlanta, GA 30326

Peter Dominic Anzo
102 Bristol Lane
Clayton, GA 30525

Submitted this 25th day of January 2019.

/S/_____
Scott B. Riddle, Esq.
Georgia Bar No. 604855
*Attorney for Defendant Performance*
*Consulting Partners, LLC*

**Law Office of Scott B. Riddle, LLC**
Suite 1800
3340 Peachtree Road, NE
Atlanta, Georgia 30326
(404) 815-0164
(404) 815-0165 (facsimile)