# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| LAPRADE'S MARINA, LLC, | : | CASE NO. 15-20697-JRS |
| | : | |
| Debtor. | : | |
| S. GREGORY HAYS, AS CHAPTER 7 TRUSTEE FOR LAPRADE'S MARINA, LLC, DEBTOR, | : | |
| | : | |
| Plaintiff, | : | |
| V. | : | Adv. Pro. No. 18-02004-JRS |
| | : | |
| CHRISTINE ANZO, PERFORMANCE CONSULTING PARTNERS, LLC, and JOHN DOES 1 – 10, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION AND NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable to the above captioned adversary proceeding (the "**Adversary Proceeding**") by Federal Rule of Bankruptcy Procedure 7041, Plaintiff S. Gregory Hays, as Chapter 7 Trustee (the "**Trustee**") for the Estate of LaPrade's Marina, LLC, Debtor in the above captioned bankruptcy case and Plaintiff in the above captioned Adversary Proceeding, and Defendants Christine Anzo and Performance Consulting Partners, by and through their undersigned counsel below, hereby stipulate and agree that: 1) the Adversary Proceeding shall be, and hereby is, dismissed with prejudice pursuant to the Settlement Agreement and Mutual Release by and between the Trustee, Peter Anzo, and Defendants Christine Anzo and Performance Consulting Partners that was approved by the Court (the "**Settlement**"); 2) the Settlement shall remain in full force and effect; 3) each party

shall bear their own respective costs and fees; and 4) the Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation or the Settlement.

Dated: October 4, 2019.

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr., Esq.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com

*Counsel for S. Gregory Hays, as Chapter 7 Trustee for the Estate of LaPrade's Marina, LLC, Debtor and Plaintiff*

WIGGAM & GEER, LLC

*/s/ Will B. Geer (with express permission)*
Will B. Geer, Esq.
Georgia Bar No. 940493
Suite 1245
50 Hurt Plaza SE
Atlanta, GA 30303
(678) 587-8740
Fax : (404) 287-2767
Email: wgeer@wiggamgeer.com

*Counsel for Christine Anzo, Defendant*

LAW OFFICE OF SCOTT B. RIDDLE, LLC

*/s/ Scott B. Riddle (with express permission)*
Scott B. Riddle, Esq.
Georgia Bar No. 604855
Suite 1800, Tower Place
3340 Peachtree Road, NE
Atlanta, GA 30326
404-815-0164
Fax : 404-815-0165
scott@scottriddlelaw.com

*Counsel for Performance Consulting Partners, LLC, Defendant*

2

## **CERTIFICATE OF SERVICE**

This is to certify that on this date a true and correct copy of the foregoing *STIPULATION AND NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING* was served via the United States Bankruptcy Court for the Northern District of Georgia's Electronic Case Filing System to all registered parties who have filed appearances and requested notices in this case.

Respectfully submitted this 4th day of October, 2019,

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com

*Counsel for S. Gregory Hays, as Chapter 7 Trustee for the Estate of LaPrade's Marina, LLC, Debtor*